# 05-40107

IN FORMA PAUPERIS DECLARATION

U.S. DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS
[Insert appropriate court]

| | |
|---|---|
| Jose R Barrera | DECLARATION IN SUPPORT |
| (Petitioner) | OF REQUEST |
| v. | TO PROCEED |
| Warden David L Winn, & F.B.O.P. | IN FORMA PAUPERIS |
| (Respondent(s)) | |

I, J Barrera, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed?   Yes [X]   No [ ]
   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer.
   $42.00 by the Inmate Work Program, F.M.C. Devens, B.O.P

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or form of self-employment?   Yes [ ]   No [X]
   b. Rent payments, interest or dividends?   Yes [ ]   No [X]
   c. Pensions, annuities or life insurance payments?   Yes [ ]   No [X]
   d. Gifts or inheritances?   Yes [ ]   No [X]
   e. Any other sources?   Yes [X]   No [ ]

   If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.
   My daughters in the amount of about $25.00 every two months or so.

3. Do you own cash, or do you have money in checking or savings account?
   Yes [ ]   No [X]   (Include any funds in prison accounts.)
   If the answer is "yes," state the total value of the items owned.

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?
   Yes [ ]   No [X]
   If the answer is "yes," describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support. None at the time of filing

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on _____ (date).

*Jose R Barrera*
Signature of Petitioner

Certificate

I hereby certify that the movant herein has the sum of $ 25.32 on account to his credit at the FMC Devens institution where he is confined. I further certify that petitioner likewise has the following securities to his credit according to the records of said _____ institution: _____

_____
Authorized Officer of Institution

(Amended, effective August 1, 1982; effective December 1, 2004.)

05-40107

## Inmate Statement

| Inmate Reg #: | 57833053 | Current Institution: | Devens FMC |
| --- | --- | --- | --- |
| Inmate Name: | BARRERA, JOSE | Housing Unit: | H SOMP |
| Report Date: | 06/20/2005 | Living Quarters: | H01-123L |
| Report Time: | 6:30:42 PM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| DEV | 6/18/2005 1:25:40 PM | ITS0618 | | | ITS Withdrawal | ($7.00) | | $25.32 |
| DEV | 6/13/2005 8:16:21 PM | ITS0613 | | | ITS Withdrawal | ($5.00) | | $32.32 |
| DEV | 6/12/2005 7:10:24 PM | ITS0612 | | | ITS Withdrawal | ($5.00) | | $37.32 |
| DEV | 6/9/2005 6:04:41 PM | 113 | | | Sales | ($33.35) | | $42.32 |
| DEV | 6/6/2005 10:44:01 AM | 5JV107 | | | Payroll - IPP | $70.26 | | $75.67 |
| DEV | 5/19/2005 5:26:10 PM | 52 | | | Sales | ($5.05) | | $5.41 |
| DEV | 5/16/2005 5:06:19 PM | ITS0516 | | | ITS Withdrawal | ($5.00) | | $10.46 |
| DEV | 5/12/2005 8:06:23 PM | ITS0512 | | | ITS Withdrawal | ($5.00) | | $15.46 |
| DEV | 5/8/2005 7:10:16 PM | ITS0508 | | | ITS Withdrawal | ($7.00) | | $20.46 |
| DEV | 5/5/2005 5:27:39 PM | 58 | | | Sales | ($15.50) | | $27.46 |
| DEV | 5/4/2005 7:02:04 PM | ITS0504 | | | ITS Withdrawal | ($10.00) | | $42.96 |
| DEV | 5/4/2005 10:08:43 AM | 5JV093 | | | Payroll - IPP | $47.81 | | $52.96 |
| DEV | 4/29/2005 5:44:45 PM | ITS0429 | | | ITS Withdrawal | ($4.00) | | $5.15 |
| DEV | 4/28/2005 5:42:16 PM | 80 | | | Sales | ($12.65) | | $9.15 |
| DEV | 4/14/2005 6:13:05 PM | 67 | | | Sales | ($23.35) | | $21.80 |
| DEV | 4/12/2005 8:28:32 PM | ITS0412 | | | ITS Withdrawal | ($10.00) | | $45.15 |
| DEV | 4/7/2005 8:08:03 PM | ITS0407 | | | ITS Withdrawal | ($10.00) | | $55.15 |
| DEV | 4/7/2005 5:19:43 AM | 70130001 | | | Lockbox - CD | $25.00 | | $65.15 |
| DEV | 4/5/2005 4:58:14 PM | ITS0405 | | | ITS Withdrawal | ($4.00) | | $40.15 |
| DEV | 4/5/2005 10:22:50 AM | 5JV081 | | | Payroll - IPP | $43.74 | | $44.15 |
| DEV | 3/20/2005 7:06:39 PM | ITS0320 | | | ITS Withdrawal | ($5.00) | | $0.41 |
| DEV | 3/8/2005 7:08:53 PM | ITS0308 | | | ITS Withdrawal | ($2.00) | | $5.41 |
| DEV | 3/7/2005 5:13:49 PM | 68 | | | Sales | ($22.75) | | $7.41 |
| DEV | 3/7/2005 10:21:25 AM | 5JV068 | | | Payroll - IPP | $26.52 | | $30.16 |
| DEV | 2/28/2005 5:02:18 PM | 34 | | | Sales | ($2.25) | | $3.64 |
| DEV | 2/22/2005 7:03:16 PM | ITS0222 | | | ITS Withdrawal | ($3.00) | | $5.89 |
| DEV | 2/22/2005 6:25:53 PM | 124 | | | Sales | ($19.20) | | $8.89 |
| DEV | 2/22/2005 7:59:58 AM | 70126804 | | | Lockbox - CD | $25.00 | | $28.09 |
| DEV | 2/14/2005 7:01:40 PM | ITS0214 | | | ITS Withdrawal | ($2.00) | | $3.09 |
| DEV | 2/14/2005 6:02:24 PM | 85 | | | Sales | ($6.56) | | $5.09 |
| DEV | 2/7/2005 5:36:37 PM | 78 | | | Sales | ($15.90) | | $11.65 |
| DEV | 2/7/2005 11:11:52 AM | 5JV053 | | | Payroll - IPP | $26.76 | | $27.55 |
| DEV | 2/1/2005 8:30:38 PM | ITS0201 | | | ITS Withdrawal | ($4.00) | | $0.79 |

| | | | | | | |
|---|---|---|---|---|---|---|
| DEV | 1/24/2005 5:59:35 PM | 78 | | Sales | ($21.05) | $4.79 |
| DEV | 1/22/2005 11:01:05 AM | ITS0122 | | ITS Withdrawal | ($10.00) | $25.84 |
| DEV | 1/19/2005 5:23:59 AM | 70124502 | | Lockbox - CD | $25.00 | $35.84 |
| DEV | 1/18/2005 5:50:16 PM | 77 | | Sales | ($74.60) | $10.84 |
| DEV | 1/18/2005 1:07:01 PM | 33307605 | | Western Union | $75.00 | $85.44 |
| DEV | 1/16/2005 8:39:10 PM | ITS0116 | | ITS Withdrawal | ($5.00) | $10.44 |
| DEV | 1/16/2005 7:52:46 PM | ITS0116 | | ITS Withdrawal | ($3.00) | $15.44 |
| DEV | 1/13/2005 8:23:29 PM | ITS0113 | | ITS Withdrawal | ($4.00) | $18.44 |
| DEV | 1/10/2005 5:37:22 PM | 78 | | Sales | ($113.55) | $22.44 |
| DEV | 1/9/2005 6:13:24 PM | ITS0109 | | ITS Withdrawal | ($5.00) | $135.99 |
| DEV | 1/8/2005 11:05:26 AM | 33306905 | | Western Union | $110.00 | $140.99 |
| DEV | 1/5/2005 8:44:58 PM | ITS0105 | | ITS Withdrawal | ($6.00) | $30.99 |
| DEV | 1/5/2005 9:31:46 AM | 5JV034 | | Payroll - IPP | $22.95 | $36.99 |
| DEV | 1/3/2005 4:59:16 PM | 35 | | Sales | ($2.20) | $14.04 |
| DEV | 12/21/2004 8:00:30 PM | ITS1221 | | ITS Withdrawal | ($5.00) | $16.24 |
| DEV | 12/21/2004 5:13:18 PM | 93 | | Sales | ($139.20) | $21.24 |
| DEV | 12/20/2004 1:09:51 PM | 33305505 | | Western Union | $150.00 | $160.44 |

1 2

**Total Transactions: 84**

Totals:    $13.15    $0.00

## Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| DEV | $25.32 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $25.32 |
| Totals: | $25.32 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $25.32 |