# Inmate Inquiry



| | | | |
|---|---|---|---|
| Inmate Reg #: | 7833053 | Current Institution: | Devens FMC |
| Inmate Name: | BARRERA, JOSE | Housing Unit: | H SOMP |
| Report Date: | 07/07/2005 | Living Quarters: | H01-123L |
| Report Time: | 9:16:45 AM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 2608 |
| FRP Participation Status: | Completed |
| Arrived From: | FTD |
| Transferred To: | |
| Account Creation Date: | 4/16/2003 |
| Local Account Activation Date: | 4/1/2004 6:01:55 AM |
| Sort Codes: | |
| Last Account Update: | 6/23/2005 5:21:47 PM |
| Account Status: | Active |
| ITS Balance: | $7.97 |

### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|
| | | |

## Account Balances

| | |
|---|---|
| Account Balance: | $3.82 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $3.82 |
| National 6 Months Deposits: | $475.09 |
| National 6 Months Withdrawals: | $502.26 |
| National 6 Months Avg Daily Balance: | $15.62 |
| Local Max. Balance - Prev. 30 Days: | $75.67 |
| Average Balance - Prev. 30 Days: | $20.06 |

## Commissary History

### Purchases

Validation Period Purchases: $21.50
YTD Purchases: $1,268.31
Last Sales Date: 6/23/2005 5:21:47 PM

### SPO Information

SPO's this Month: 0
SPO $ this Quarter: $0.00

### Spending Limit Info

Spending Limit Override: No
Weekly Revalidation: No
Spending Limit: $290.00
Expended Spending Limit: $21.50
Remaining Spending Limit: $268.50

## Commissary Restrictions

### Spending Limit Restrictions

Restricted Spending Limit: $0.00
Restricted Expended Amount: $0.00
Restricted Remaining Spending Limit: $0.00
Restriction Start Date: N/A
Restriction End Date: N/A

### Item Restrictions

| List Name | List Type | Start Date | End Date | Userid | Active |
|---|---|---|---|---|---|

## Comments

Comments:



U.S. Department of Justice

Federal Bureau of Prisons

*Federal Medical Center, Devens*

P.O. Box 880
Ayer, MA 01432
(978) 796-1000

## FAX COVER SHEET

DATE: 7/7/05

TO: REBECCA GREENBERG
PROSE STAFF ATTY'S OFFICE

FAX: (617) 748-9096

FROM: LYNNE KELLY, CASE MANAGER

FAX: (978) 796-1326

RE: ACCOUNT BALANCES YOU REQUESTED ON BARRERA & FOX

REMARKS: SEE ATTACHED

NUMBER OF PAGES: 5
(including cover sheet)