```
                   UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS
```

_____
                                    )
JOSE R. BARRERA,                    )
                                    )
            Plaintiff,              )
                                    )   C.A. No. 05-40107-RWZ
v.                                  )
                                    )
DAVID WINN, ET AL.,                 )
                                    )
            Defendants.             )
_____)

## DEFENDANTS' MOTION TO DISMISS

Defendants in the above-captioned matter respectfully move to dismiss the Complaint pursuant to Fed. R. Civ. P. 12(b)(1), for lack of subject matter jurisdiction. In support of this Motion, Defendants previously submitted a Memorandum of Law in Support of Defendants' Motion to Dismiss on August 12, 2005.

                                    Respectfully submitted,

                                    MICHAEL J. SULLIVAN
                                    United States Attorney

                                By: /s/ Damian W. Wilmot
                                    DAMIAN W. WILMOT
                                    Assistant U.S. Attorney
                                    Moakley Federal Courthouse
                                    One Courthouse Way, Suite 9200
                                    Boston, MA   02210
Dated:  September 15, 2005          (617) 748-3100

### CERTIFICATE OF SERVICE

I certify that on September 15, 2005, I caused a copy of the foregoing Motion to be served on Plaintiff by first class mail, postage pre-paid to Jose R. Barrerra, Reg, No. 57833-053, FMC Devens, P.O. Box 879, Ayer, MA 01432.

                                    /s/ Damian W. Wilmot
                                    DAMIAN W. WILMOT
                                    Assistant U.S. Attorney