UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
JOSE R. BARRERA,                    )
        Plaintiff,                  )
                                    )   Civil Action No. 05-40107-RWZ
v.                                  )
                                    )
DAVID L. WINN, et al.               )
        Defendants                  )
_____ )

**NOTICE OF APPEARANCE**

To the Clerk:

   Please enter my appearance in the above-captioned case as counsel for the Defendants in substitution for Assistant United States Attorney Damian W. Wilmot.

                           Respectfully submitted,

                           MICHAEL J. SULLIVAN
                           United States Attorney

              By:    /s/ Jennifer C. Boal
                     Jennifer C. Boal
                     Assistant U.S. Attorney
                     John J. Moakley U.S. Courthouse
                     1 Courthouse Way, Suite 9200
                     Boston, MA  02210
                     (617) 748-3100

Dated: September 15, 2006

1

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on September 15, 2006.

                                              /s/ Jennifer C. Boal
                                              Jennifer C. Boal
                                              Assistant U.S. Attorney