UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOSE R. BARRERA
                Plaintiff

      V.

DAVID L. WINN ET AL
                Defendant

CIVIL ACTION

NO. 05CV40107-RWZ

## JUDGMENT

ZOBEL, D. J.

In accordance with the ENDORSED ORDER entered on 7/30/07;

Judgment is entered DISMISSING the complaint.

                                            By the Court,

  7/31/07                                      s/ Lisa A. Urso
Date                                                Deputy Clerk